ORIGINAL

Barry L. Breslow, Esq.
Nevada State Bar No. 3023
Clayton P. Brust, Esq.
Nevada State Bar No. 5234
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, Nevada 89503
(775) 329-3151

Attorneys for Defendant, Saied Khobadandeh



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE MACRICOSTAS, | Case No. CV-N-05-0554-HDM-VPC |
| Plaintiff, | **ANSWER TO FIRST AMENDED COMPLAINT** |
| v. | |
| SAIED KHOBADANDEH, | |
| Defendants. | |

Defendant Saied Khobadandeh ("Defendant") by and through his attorneys Robison, Belaustegui, Sharp & Low, responds to the allegations of the First Amended Complaint as follows:

1.  Admit that the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. Deny the remainder for lack of knowledge or information.

2.  Deny for lack of knowledge or information.

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

3. Admit.

4. Admit that, between 1992 and 1999, Plaintiff and Defendant were co-workers, who maintained a friendly relationship, for Photronics, a technology-related company owned in part by Plaintiff's family, with the exception of a brief period between the end of 1994 and the summer of 1995, during which Defendant worked at DuPont. Admit that, in or about August, 1999 Defendant left his employment with Photronics and went to work for LSI Logic, Inc. Admit that LSI Logic, Inc. was one of Photronics largest customers. Deny the remaining allegations of this paragraph.

5. Admit only that Defendant received a check from Plaintiff in the amount of $60,000.00, although Defendant believes that he received it sometime in 1998. Deny the remaining allegations of this paragraph.

6. Admit only that Defendant received a second check from Plaintiff, this time in the amount of $50,000.00. Defendant believes that this check was received sometime after June, 1998. Deny the remaining allegations of this paragraph.

7. Defendant admits that he has refused to pay Plaintiff on what Defendant believes is a non-existent loan.

## FIRST CAUSE OF ACTION
(Breach of Contract)

8. Defendant realleges and incorporates his responses to the allegations of paragraphs 1 through 7.

9. Denied.

10. Denied.

2

## SECOND CAUSE OF ACTION
(Breach of Contract)

11. Defendant realleges and incorporates his responses to the allegations of paragraphs 1 through 10.

12. Denied.

13. Denied

## AFFIRMATIVE DEFENSES

1. Failure to state a claim.

2. Statute of limitations.

3. Laches.

4. Waiver.

5. Estoppel

6. Unclean hands.

7. Statute of frauds.

8. Failure to mitigate.

9. Mistake.

**WHEREFORE**, Defendant prays for relief as follows:

1. That Plaintiff's First Amended Complaint be dismissed with prejudice, and that Plaintiff take nothing thereby;

2. For costs of Court and reasonable attorney's fees incurred; and

/ / /

/ / /

/ / /

3

3. For such other and further relief as this Court deems just and fair.

Dated this **23** day of November, 2005.

> ROBISON, BELAUSTEGUI, SHARP & LOW
> a Professional Corporation
> 71 Washington Street
> Reno, Nevada 89503
>
> By *[signature]*
> Barry L. Breslow, Esq.
> Clayton P. Brust, Esq.
> Attorneys for Defendant Saied Khobadandeh

*J:\WPData\BLB\14182.001\P-Answer.wpd*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I deposited for mailing at Reno, Nevada a true copy of the attached **ANSWER TO FIRST AMENDED COMPLAINT** addressed to:

> Franklin T. Watson, Esq.
> Watson, Khachadourian & Iams, LLP
> 1000 G. Street, Second Floor
> Sacramento, California 95814
>
> Brad Johnston, Esq.
> Hale Lane
> 5441 Kietzke Lane, Second Floor
> Reno, Nevada 89511

DATED this 23rd day of November, 2005.



ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
1 WASHINGTON ST.
NO, NEVADA 89503
TELEPHONE
(775) 329-3151